United States District Court
Southern District of Texas
**ENTERED**
November 13, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONNETTA J. HAMPTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2459 |
| | § | |
| CHARLIE T'S AUTOS, INC., and | § | |
| CHARLES TALISMAN, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff filed an unopposed motion to continue the initial pretrial and scheduling conference. (Docket Entry No. 12). The motion is granted. The initial conference is reset to **December 14, 2015, at 3:00 p.m.**

SIGNED on November 13, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge